**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

**JAMES PARRIS, *et al.*,**

**Plaintiffs,**

**v.**

**HENRY COUNTY, TENNESSEE, *et al.*,**

**Defendants.**

**No. 1:26-cv-01140-STA-jay**

**ORDER DENYING MOTIONS TO DISMISS**
**AS MOOT IN LIGHT OF AMENDED COMPLAINT**

Defendant American Medical Response of Tennessee has filed a motion to dismiss (ECF No. 12) as has Defendant Henry County, Tennessee. (ECF No.19.) Subsequently, Plaintiff filed an amended complaint. (ECF No. 22.) Because Plaintiff filed his amended complaint after the motions to dismiss were filed, the amended complaint superseded the original complaint, and the pending motions to dismiss became moot and are, therefore, **DENIED**. *See B&H Med., L.L.C. v. ABP Admin., Inc.*, 526 F.3d 257, 268 n.8 (6th Cir. 2008); *Popp v. Brewdog Brewing Co., LLC*, 2024 WL 1895552, at *1 (S.D. Ohio Apr. 30, 2024).

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: September 23, 2026