**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES PARRIS, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:26-cv-01140-STA-jay** |
| | ) | |
| **HENRY COUNTY, TENNESSEE, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT HENRY COUNTY HOSPITAL DISTRICT'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Henry County Hospital District d/b/a Henry County Medical Center and Henry County Medical Center Emergency Medical Services, Inc. ("HCMC") moves the Court to dismiss each claim asserted against it in Plaintiffs' First Amended Complaint (ECF No. 22) (the "Amended Complaint"). The Amended Complaint asserts four claims against HCMC: Count I, "42 U.S.C. § 1983 – Deprivation of Property Without Due Process"; Count II, "Breach of Contract – Third-Party Beneficiary"; Count IV, "Breach of Contract Implied in Fact and/or Implied in Law"; and Count VI, "Unjust Enrichment." Each claim as pled fails to state a claim upon which relief can be granted and should be dismissed. Because Counts I, II, IV, and VI are the only claims pleaded against HCMC, their dismissal warrants HCMC's dismissal from this action.

In support of this Motion, HCMC relies upon the accompanying Memorandum of Law and the entire record in this cause.

Respectfully submitted,

**EPSTEIN BECKER & GREEN, P.C.**

s/ John E. B. Gerth
John E. B. Gerth (BPR No. 24439)
Kendria Lewis (BPR No. 37726)
Epstein Becker Green
1222 Demonbreun Street, Suite 1400
Nashville, TN 37203
(615) 564-6060
jgerth@ebglaw.com
klewis@ebglaw.com

*Attorneys for Defendant Henry County Hospital District d/b/a Henry County Medical Center and Henry County Medical Center Emergency Medical Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of October, 2026, a true and correct copy of the foregoing document was filed and served electronically using the Courts CM/ECF system upon the following:

Joey P. Leniski, Jr.
Herzfeld, Suetholz, Gastel, Leniski and Wall PLLC
1920 Adelicia Street, Suite 300
Nashville, TN 37212
joey@hsglawgroup.com

*Counsel for Plaintiffs*

Mozianio S. Reliford, III (BPR #036170)
Polsinelli PC
501 Commerce Street, Suite 1300
Nashville, TN 37203
treliford@polsinelli.com

*Counsel for AMR*

William C. Vail
Polsinelli PC
1201 W. Peachtree St. NW, #1100
Atlanta, GA 30309
wvail@polsinelli.com

*Counsel for AMR*

Nathan Daniel Tilly
Dylan E. Sutherland
Glenn Tilly, PLLC
162 Murray Guard Drive, Suite B
Jackson, TN 38305
ntilly@pgtfirm.com; dsutherland@pgtfirm.com

*Counsel for Henry County, Tennessee*

s/ John E. B. Gerth