IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES PARRIS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01140-STA-jay |
| | ) | |
| HENRY COUNTY, TENNESSEE, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

---

**DEFENDANT HENRY COUNTY, TENNESSEE'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (ECF NO. 22)**

---

Defendant Henry County, Tennessee (hereinafter, "Defendant"), by and through undersigned counsel, respectfully moves this Court to dismiss Plaintiffs' claims against Defendant pursuant to Rule 12(b)(6) of the FEDERAL RULES OF CIVIL PROCEDURE. In support thereof, Defendant relies upon its contemporaneously-filed Memorandum of Law in Support of Defendant's Motion to Dismiss and certain arguments made by Henry County Hospital District in its memorandum in support of its motion to dismiss.

WHEREFORE, PREMISES CONSIDERED, Defendant moves the Court to dismiss all of Plaintiffs' claims asserted against Defendant in their entirety and for such other and further relief both general and specific as Defendant may be entitled to upon this motion.

Respectfully submitted,

GLENN | TILLY, PLLC

By: s/Nathan D. Tilly
Nathan D. Tilly (#031318)
Dylan E. Sutherland (#040648)
*Attorneys for Henry County, Tennessee*
162 Murray Guard Drive, Ste. B
Jackson, TN 38305
Phone: (731) 668-5995
Fax: (731) 668-7163
ntilly@pgtfirm.com
dsutherland@pgtfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via U.S. District Court ECF system and/or U.S. Mail postage prepaid upon:

Joey P. Leniski, Jr.
*Attorney for Plaintiffs*
HERZFELD SUETHOLZ GASTEL LENISKI AND WALL PLLC
1920 Adelicia Street, Suite 300
Nashville, TN 37212
joey@hsglawgroup.com

Mozianio S. Reliford, III
*Attorney for AMR*
POLSINELLI, PC
501 Commerce Street, Suite 1300
Nashville, TN 37203
treliford@polsinelli.com

William C. Vail
*Attorney for AMR*
POLSINELLI, PC
1201 W Peachtree Street NW, #1100
Atlanta, GA 30309
wvail@polsinelli.com

John E. B. Gerth
Kendria S. Lewis
*Attorneys for HCMC*
EPSTEIN BECKER & GREEN, P.C.
1222 Demonbreun Street, Suite 1400
Nashville, TN 37203
jgerth@ebglaw.com

on or before the filing date thereof.

DATE: This the 27th day of October, 2026.

GLENN | TILLY, PLLC

By: s/Nathan D. Tilly
Nathan D. Tilly