**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| **JAMES PARRIS, TIM BROWN, DOUG BROCKMAN, STACY ALLEN, CHRISTOPHER HUMMER, RICHARD POND, STEVEN COOKE, ANNA CLICK, DAVID GARRETT, AND WESLEY PROFITT,** | |
| **Plaintiffs,** | **Case No. 1:26-cv-01140-STA-jay** |
| v. | |
| **HENRY COUNTY, TENNESSEE, HENRY COUNTY HOSPITAL DISTRICT d/b/a HENRY COUNTY MEDICAL CENTER AND HENRY COUNTY MEDICAL CENTER EMERGENCY MEDICAL SERVICES, INC., and AMERICAN MEDICAL RESPONSE OF TENNESSEE, INC.** | |
| **Defendants.** | |

**DEFENDANT AMERICAN MEDICAL RESPONSE OF TENNESSEE, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

For the reasons set forth in the accompanying memorandum of law, Defendant American Medical Response of Tennessee, Inc.("AMR"), hereby moves this Court to dismiss, with prejudice, Plaintiffs' First Amended Complaint (ECF No. 22) for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted on this October 27, 2026.

POLSINELLI PC

*/s/ Mozianio S. Reliford, III*

Mozianio S. Reliford, III (BPR #036170)
501 Commerce Street, Suite 1300
Nashville, TN 37203
Tel.: (615) 252-3948
Fax: (615) 252-8553
treliford@polsinelli.com

William C. Vail (*pro hac forthcoming*)
1201 W Peachtree St., NW #1100
Atlanta, GA 30309
Tel: (404) 253-6282
Fax: (404) 581-5996
wvail@polsinelli.com

*Counsel Defendant American Medical Response of Tennessee, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above document was served on this 27th day of October, 2026, via the Court's electronic filing system upon the following:

Joey P. Leniski, Jr.
Herzfeld Suetholz Gastel Leniski
and Wall PLLC
1920 Adelicia Street, Suite 300
Nashville, TN 37212
Tel: (615) 800-6225
Fax: (615) 994-8625
joey@hsglawgroup.com

***Counsel for Plaintiffs***

Nathan Daniel Tilly
Dylan Sutherland
Glenn Tilly, PLLC
162 Murray Guard Drive, Suite B
Jackson, TN 38305
Tel: (731) 668-5995
Fax: (731) 668-7163
ntilly@pgtfirm.com
dsutherland@pgtfirm.com

***Counsel for Defendant Henry County, Tennessee***

John E. B. Gerth
Kendria S. Lewis
Epstein Becker & Green, P.C.
1222 Demonbreun Street, Suite 1400
Nashville, TN 37203
Tel: (615) 564-6049
Fax: (615) 691-7715
jgerth@ebglaw.com
klewis@ebglaw.com

***Counsel for Defendants Henry County Hospital District d/b/a Henry County Medical Center and Henry County Medical Center Emergency Medical Services, Inc.***

*By: /s/ Mozianio S. Reliford, III*
Mozianio S. Reliford, III

*Counsel Defendant American Medical Response of Tennessee, Inc.*